UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, and OTTER PRODUCTS, LLC, a Colorado limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>NGULLEN ALEJANDRO RIVERA, an individual, NGS ICOMMERCE ENTERPRISES CORP., a Florida Corporation, and JOHN DOES 1–10,<br><br>Defendant. | No. C18-350 RSM<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

## STIPULATION

Plaintiffs Amazon.com, Inc. and Otter Products, LLC, and Defendants Ngullen Alejandro Rivera and NGS ICommerce Enterprises Corp., by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(2), this action and all claims in this action are hereby dismissed with prejudice and without fees or costs to either side.

2. The Court shall retain continuing jurisdiction over this matter for the limited purposes of enforcing the terms of the parties' settlement agreement and Stipulated Injunction.

STIPULATION AND ORDER OF DISMISSAL
(2:18-cv-00350-RSM) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 14th day of March, 2019.

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP<br>*Attorneys for Amazon.com, Inc. and Otter Products, LLC*<br><br>By  *s/ James H. Wendell*<br>    Bonnie E. MacNaughton, WSBA #36110<br>    James H. Wendell, WSBA #46489<br>    920 Fifth Avenue, Suite 3300<br>    Seattle, WA 98104-1610<br>    Tel: (206) 622-3150<br>    Fax: (206) 757-7700<br>    Email:  bonniemacnaughton@dwt.com<br>            jamiewendell@dwt.com | LEXERO LAW<br>*Attorneys for Defendants Ngullen Alejandro Rivera and NGS ICommerce Enterprises Corp.*<br><br>By  *s/ Eric J. Menhart*<br>    Eric J. Menhart, Esq. (*Pro Hac Vice*)<br>    316 F Street NE, Suite 101<br>    Washington, DC 20002<br>    Tel:  (855) 453-9376<br>    Fax: (855) 453-9376<br>    Email:  Eric.Menhart@Lexero.com<br><br>    Eric R. Draluck, WSBA # 19881<br>    PO Box 11647<br>    Bainbridge Island, WA 98110<br>    Tel:  206-605-1424<br>    Email:  edraluck@gmail.com |

**ORDER**

IT IS SO ORDERED this 21st day of March 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL
(2:18-cv-00350-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax